☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          ECF
------------------------------------------------------------X
TRUSTEES OF THE TEAMSTERS LOCAL 456
ANNUITY, EDUCATION & TRAINING, S.U.B.,
INDUSTRY ADVANCEMENT AND LEGAL SERVICES
FUNDS AND THE WESTCHESTER TEAMSTERS
LOCAL UNION NO. 456,

Index: ROBINSON

08 CIV. 5769#

                              Plaintiffs,

      -against-

ARBEN GROUP LLC.,

                              Defendant.
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

      None.

Dated: June 18, 2008

                                              _____
                                              Karin Arrospide, Esq. (KA9319)
                                              Barnes, Iaccarino, Virginia,
                                              Ambinder & Shepherd
                                              258 Saw Mill River Road
                                              Elmsford, NY 10523
                                              (914) 592-1515