## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CIV 5769                                                                                          Purchased/Filed: June 26, 2008
STATE OF NEW YORK        UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT

---

*Trustees of the Teamsters Local 456 Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456*                Plaintiff

against

*Arben Group LLC*                                                                                                                     Defendant

---

STATE OF NEW YORK         SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___June 30, 2008___, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on

_____Arben Group LLC_____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__
Color of skin: __White__   Hair color: __Brown__   Sex: __M__   Other: _____

Sworn to before me on this

2nd  day of  __July, 2008__

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0806296

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*