# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFAREANNUITY, EDUCATION & TRAINING, S.U.B. INDUSTRY ADVANCEMENTAND LEGAL SERVICES FUNDS AND THE WESTCHESTER TEAMSTERS LOCAL UNION NO. 456,

            Plaintiffs,

-against-               08 Civ. 5769 (SCR)

                    **SUBSTITUTION OF ATTORNEY**

ARBEN GROUP LLC.,

            Defendants.

-----------------------------------------------------------------x

  PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated : Elmsford, NY
July 28, 2008

                    Barnes, Iaccarino, Virginia,
                    Ambinder & Shepherd, PLLC

                    By:_____
                    Giacchino Russo, Esq.
                    258 Saw Mill River Road
                    Elmsford, NY 10523
                    (914) 592-1515

SO ORDERED:

_____
HONORABLE JUDGE STEPHEN C. ROBINSON, U.S.D.J